In the Matter of FRANK DEL VECCHIO et al., Appellants, against T. DOUGLAS TUOMEY et al., Constituting the Board of Appeals of the Village of Brightwaters, Respondents.

Submitted February 21, 1955; decided March 3, 1955.

Motion for reargument denied. [See 308 N. Y. 749.]

SILVIA MUSCILLO, Respondent, *v.* HELEN MUSCILLO et al., as Temporary Administrators of the Estate of SEVERINO MUSCILLO, Deceased, et al., Appellants.

Submitted February 21, 1955; decided March 3, 1955.

Motion to amend remittitur granted and remittitur amended so as to grant costs of the appeal in the Court of Appeals to plaintiff-respondent. [See 308 N. Y. 675.]